

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

[File # (eg. f#9700001)]
tsamchosettlement (2).wpd

*Mailing Address:*   *271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 7, 2012

BY ECF AND INTEROFFICE MAIL

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re: Tsamcho v. Napolitano, et al.
                CV 10-2029

Dear Judge Garaufis:

     Annexed hereto, please find a Stipulation And Agreement Of
Class Action Settlement, signed by the parties. We respectfully
request that consistent with this Stipulation, that a "Fairness
Hearing" be scheduled.

     Thank you for your assistance in this matter.

                              Respectfully submitted,

                              LORETTA LYNCH
                              UNITED STATES ATTORNEY

                    By:       /s/{electronically filed}
                              Scott Dunn
                              Asst U.S. Attorney
                              (718)254-6029

cc:  New York Legal Assistance Group
     Jane Greengold Stevens, of counsel,
     450 West 33rd Street
     New York, New York 10001